UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

RYAN T. MCMULLEN,
    Petitioner,

v.

RICHARD BROWN

No. 2:19-cv-00356-JRS-MJD

FILED
11/24/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## DOCKETING STATEMENT

Comes now Petitioner Ryan McMullen, pro se, and pursuant to Seventh Circuit Rules 3(c)(1) and 28(a), provides the following information:

1. Petitioner filed a pro se petition for writ of habeas corpus challenging the constitutional validity of his state court convictions and sentence.

2. This Court's jurisdiction to entertain Petitioner's

application for a writ of habeas corpus is authorized by 28 U.S.C. subsections 2241 and 2254.

3. On October 23, 2014, the Court issued a final judgement denying petitioner habeas corpus relief.

4. This Court is authorized to issue a Certificate of Appealability pursuant to Fed. R. App. P. 22(b). The U.S.D.C. did issue a Certificate of Appealability as to the Ineffective Assistance at Sentencing claim filed by petitioner, which will enable Petitioner to appeal this Courts final judgement to the United States Court of Appeals for the Seventh Circuit.

5. Petitioner is presently confined in custody of Respondent.

6. Petitioner is tendering for filing simultaneously with the instant docketing statement his Notice of Appeal and his Motion for Appointment of Counsel on subsection 2254 Appeal and his Petition for Leave To FILE AND PROCEED on Appeal IN Forma Pauperis.

DATED: 11 / 19 / 2020

Ryan McMullen
Ryan McMULLEN, PRO SE