CLERK, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
121 W. SPRING ST., RM. 210
NEW ALBANY, IN 47150

OFFICIAL BUSINESS



FILED
DEC 23 2021
U.S. DISTRICT COURT
NEW ALBANY, INDIANA

2021 DEC 23 PM 1:02

( 2:19-cv-356 )
RYAN T. MCMULLEN
199066
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE IN 47838

$0.53
US POSTAGE
FIRST-CLASS
062S0009595004
47150



REFUSED
ADDRESSEE UNKNOWN
OFFENDER NOT IDENTIFIED
FORWARDING ORDER

0012/21/21

NIXIE   462   FE  1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 47150367399   *0785-00911-21-25