UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| RYAN T. MCMULLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00356-JRS-MJD |
| | ) | |
| RICHARD BROWN Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER REOPENING THIS ACTION ON THE DOCKET AND
DIRECTING FURTHER PROCEEDINGS**

The Seventh Circuit's Mandate remanding this action was received on November 7, 2023.

Accordingly, the **clerk is directed** to reopen this action on the docket.

Local Rule 16-2 requires that "[w]ithin 21 days after the court receives a case remanded by

the court of appeals for further proceedings . . . each party must file a statement of position as to

what action the court should take in the case." Therefore, the parties have **21 days** to file their

statement of position.

The **clerk is directed** to update the docket to reflect that Gary Dalton and Melissa

Stephenson are now the officials in charge of Petitioner's custody and should replace Richard

Brown as the respondents.

**IT IS SO ORDERED**.

Date: 11/7/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel