UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RYAN T. McMULLEN, <br>   Petitioner, <br> v. <br> GARY DALTON and MELISSA STEPHENSON, <br>   Respondents. | No. 2:19-cv-00356-JRS-MJD <br> District Judge Sweeney <br> Magistrate Judge Dinsmore |

**JOINT STATEMENT OF POSITION**

  The Parties, by and through their respective undersigned counsel, file this joint statement of position pursuant to Local Rule 16-2 and the Court's November 8, 2023, order. (*See* D.E. 30.)

  The Seventh Circuit vacated this Court's denial of McMullen's habeas petition and remanded for an evidentiary hearing. *McMullen v. Dalton*, 83 F.4th 634, 648 (7th Cir. 2023). Specifically, the court stated:

> We remand for the district court to consider evidence and argument as to whether [McMullen's counsel at sentencing] had any strategic reasons for the limits of his investigation into McMullen's mental health and background and the presentation of mitigating circumstances. The district court can then decide whether or not Lewis was constitutionally ineffective such that McMullen's petition for habeas corpus should be granted under § 2254(a).

*Id.*

  The Parties are currently engaged in settlement negotiations, which, if successful, will obviate the need for further proceedings in this Court. The Parties therefore request that the Court continue this matter for 60 days and allow the Parties to file a joint status report on January 29, 2024, apprising the Court of the status of their settlement discussions and whether further proceedings are necessary.

Filed: November 28, 2023

Respectfully submitted,

*s/ Benjamin S. Morrell*

Benjamin S. Morrell
(Ill. ARDC No. 6341896)
Michael A. Mayerck (#36055-45)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 527-4000
bmorrell@taftlaw.com
mmayerck@taftlaw.com

Jeremy A. Morris (#37176-49)
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500
jmorris@taftlaw.com

*Counsel for Petitioner*

Respectfully submitted,

*s/ Jesse R. Drum*

Jesse R. Drum (#31283-53)
Indiana Attorney General
302 West Washington St.
Indiana Government Center South
Fifth Floor
Indianapolis, IN 46204

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

      I hereby certify that on the date listed below, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of Indiana by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Date: November 28, 2023

                                              s/ *Benjamin S. Morrell*
                                              Benjamin S. Morrell
                                              *Counsel for Petitioner*