UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| RYAN T. MCMULLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00356-JRS-MJD |
| | ) | |
| GARY DALTON, | ) | |
| MELISSA STEPHENSON, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

The Parties have notified the Court that they are in the midst of settlement negotiations which may obviate the need for further proceedings in this habeas corpus action. Dkt. 32. The Parties' request to file a joint status report in 60 days is **granted**. The parties have **through January 29, 2024**, to file a joint status report.

**IT IS SO ORDERED.**

Date: 11/29/2023

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel