# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

| | |
|---|---|
| RYAN T. McMULLEN,<br><br>    Petitioner,<br><br>v.<br><br>GARY DALTON and MELISSA STEPHENSON,<br><br>    Respondents. | No. 2:19-cv-00356-JRS-MJD<br><br>District Judge Sweeney<br><br>Magistrate Judge Dinsmore |

## **JOINT STATUS REPORT**

    The Parties, by and through their respective undersigned counsel, file this joint status report pursuant to the Court's January 29, 2023, order. (*See* D.E. 35.)

    The Parties have made substantial progress in settlement negotiations and are hopeful that they can reach an agreement that will obviate the need for further proceedings in this Court. An important part of these negotiations is a "Fact Finding Hearing" that is currently scheduled for May 20, 2024, in Petitioner's state court case in Grant County (which his habeas petition here concerns). The Parties therefore request that the Court continue this matter for an additional 60 days and allow the Parties to file a joint status report on June 28, 2024, apprising the Court of the status of their settlement negotiations, whether the state court hearing in question has taken place, and whether further proceedings in this Court are necessary.

Filed: April 29, 2024

Respectfully submitted,

| | |
|---|---|
| *s/ Benjamin S. Morrell*<br>Benjamin S. Morrell (Ill. ARDC No. 6341896)<br>Michael A. Mayerck (#36055-45)<br>TAFT STETTINIUS & HOLLISTER LLP | *s/ Jesse R. Drum*<br>Jesse R. Drum (#31283-53)<br>Indiana Attorney General<br>302 West Washington St. |

1

| | |
|---|---|
| 111 East Wacker Drive, Suite 2600<br>Chicago, IL 60601<br>(312) 527-4000<br>bmorrell@taftlaw.com<br>mmayerck@taftlaw.com | Indiana Government Center South<br>Fifth Floor<br>Indianapolis, IN 46204<br><br>*Counsel for Respondents* |

Jeremy A. Morris (#37176-49)
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500
jmorris@taftlaw.com

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

      I hereby certify that on the date listed below, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of Indiana by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Date: April 29, 2024

                                                  s/ *Benjamin S. Morrell*
                                                  Benjamin S. Morrell
                                                  *Counsel for Petitioner*