UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| RYAN T. MCMULLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00356-JRS-MJD |
| | ) | |
| GARY DALTON, | ) | |
| MELISSA STEPHENSON, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

The Parties have notified the Court that they remain in the midst of settlement negotiations, including participating in a state court "Fact Finding Hearing," scheduled for May 20, 2024, which may obviate the need for further proceedings in this habeas corpus action. Dkt. 36. The Parties' request to file a third joint status report in 60 days is **granted**. The parties have **through June 28, 2024**, to file a joint status report.

**IT IS SO ORDERED.**

Date: 4/30/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel