UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RYAN T. McMULLEN,<br><br>    Petitioner,<br><br>v.<br><br>GARY DALTON and MELISSA STEPHENSON,<br><br>    Respondents. | No. 2:19-cv-00356-JRS-MJD<br><br>District Judge Sweeney<br><br>Magistrate Judge Dinsmore |

## JOINT STATUS REPORT

The Parties, by and through their respective undersigned counsel, file this joint status report pursuant to the Court's April 30, 2024, order. (*See* D.E. 37.)

The Parties' previous joint status report referenced a "Fact Finding Hearing" in Mr. McMullen's case (Case No. 27D01-0904-FA-000134) in the Grant County Superior Court related to the habeas petition at issue here. (D.E. 36.) The Parties have engaged in further settlement discussions and agreed that this Fact Finding Hearing, which has to do with Mr. McMullen's probation, can be converted into a resentencing hearing—which would resolve this habeas case. On May 20, 2024, the state court rescheduled that hearing for September 16, 2024. It is uncertain whether the hearing will be rescheduled further in the future.

The Parties therefore jointly request that this Court enter a conditional writ of habeas corpus directing the State of Indiana to release Mr. McMullen unless it provides him with a new sentencing, which may be satisfied by converting his probation-related Fact Finding Hearing to a new sentencing hearing. Given the uncertainty surrounding the date on which the Fact Finding/Resentencing Hearing will occur, the Parties request that instead of a specific time limit, the conditional

1

writ specify that (1) the State must file a notice within 30 days of Mr. McMullen's resentencing to inform the Court that it has complied with the conditional writ, and (2) if the Fact Finding/Resentencing Hearing has not occurred within 180 days of the entry of the writ, the Parties must file another joint status report apprising the Court of the status of this matter.

Filed: June 27, 2024

Respectfully submitted,

s/ Benjamin S. Morrell
Benjamin S. Morrell (Ill. ARDC No. 6341896)
Michael A. Mayerck (#36055-45)
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 527-4000
bmorrell@taftlaw.com
mmayerck@taftlaw.com

Jeremy A. Morris (#37176-49)
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500
jmorris@taftlaw.com

*Counsel for Petitioner*

s/ Jesse R. Drum
Jesse R. Drum (#31283-53)
Indiana Attorney General
p302 West Washington St.
Indiana Government Center South
Fifth Floor
Indianapolis, IN 46204

*Counsel for Respondents*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the date listed below, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of Indiana by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Date: June 27, 2024

                                                    s/ *Benjamin S. Morrell*
                                                       Benjamin S. Morrell
                                                       *Counsel for Petitioner*