UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

RYAN T. MCMULLEN,
    *Petitioner*,
  v.

GARY DALTON,
MELISSA STEPHENSON,
    *Respondents*.

No. 2:19-cv-00356-JRS-MJD

## NOTICE TO THE COURT

Respondents Gary Dalton and Melissa Stephenson notify the Court that they have complied with the conditional writ of habeas corpus. On July 16, 2024, this Court ordered the State of Indiana to provide McMullen a new sentencing hearing within 180 days (Doc. 41). On December 16, 2024, the trial court held a new sentencing hearing and resentenced McMullen to 50 years (Exs. 1 at 19; 2).[1]

    Respectfully submitted,

    THEODORE E. ROKITA
    Attorney General

By:   /s/ Jesse R. Drum
       Jesse R. Drum
       Assistant Section Chief, Criminal Appeals

       OFFICE OF THE ATTORNEY GENERAL
       Indiana Government Center South
       302 West Washington Street, Fifth Floor

---

[1] The Court ordered Respondents to notify the Court within 30 days of McMullen's new sentencing hearing (Doc. 45). Undersigned counsel apologizes for missing that deadline. Counsel made an unintentional oversight.

Indianapolis, Indiana 46204-2770
317-234-7018 (telephone)
Jesse.Drum@atg.in.gov

*Attorneys for Respondents*