This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# State V Ryan Mcmullen

| | |
|---|---|
| Case Number | 27D01-0904-FA-000134 |
| Court | Grant Superior Court 1 |
| Type | FA - Class A Felony |
| Filed | 05/04/2009 |
| Status | 12/28/2023 , Pending  (active) |
| Reference | Original County Cause Number<br>    C109FA134<br>    D109FA134 |
| Related | Other<br>    27C01-1112-PC-000009<br><br>Lower Trial Court Case<br>    25A-CR-00116 |

## Parties to the Case

**Defendant**  McMullen, Ryan Tyrone

   <u>Address</u>
   410 Greentree Dr
   Marion, IN 46952

   <u>Attorney</u>
   Katrina Marie Lynn
   *#3468485, Public Defender*

   102 S. Wabash Street
   Wabash, IN 46992
   260-563-8020(W)

**State**   State of Indiana
**Plaintiff**

   <u>Attorney</u>
   Jamie L. Moore
   *#3039327*

   101 East Fourth Street
   Room 107
   Marion, IN 46952
   765-664-0739(W)

**Probation Department**   Grant County Probation

   <u>Address</u>
   401 S Adams ST
   FL 4th
   Marion, IN 46952

## Charges

| 01 | 05/04/2009 | POSSESSION OF COCAINE- A Person Who Knowingly Or Intentionally Posses Cocaine In An Amount More Tha |

Statute
    35-48-4-6(b)(3)(B)(iii)

Degree
    FA

| 02 | 05/04/2009 | DEALING IN COCAINE- A Person Who Did Knowingly Deliver Cocaine |

Statute
    35-48-4-1(a)

Degree
    FB

| 03 | 05/04/2009 | NEGLECT OF A DEPENDENT- A Person Who Knowingly Place Dependent I Situatuion That Endagered Dependen |

Statute
    35-46-1-4(b)(1)(B)(i)

Degree
    FC

| 04 | 05/04/2009 | POSSESSION OF COCAINE- A Person Who Knowingly Or Intentionally Possess Cocaine Over 3 Grams Or More |

Statute
    35-48-4-6(a)&(b)(1)(A)

Degree
    FC

| 05 | 05/04/2009 | POSSESSION OF MARIJUANA |

Statute
    35-48-4-11(1)

Degree
    FD

| 06 | 05/04/2009 | HABITUAL OFFENDER |

Statute
    35-50-2-8(a)

Degree
    CNV

## Chronological Case Summary

05/04/2009 **Converted Event**
Grant Co. Prosecutor files appearance on behalf of State. Affidavit for Probable Cause filed and approved per order entered. Information for Counts 1, 2, 3, 4, 5, and 6 filed. Warrant issued. Bond $100,000 cash, surety, or property. rmh (RJO? Y) | JTS Minute Entry Date: 2009-05-04

05/11/2009 **Converted Event**
Order to Transport entered for initial hearing of June 5, 2009, at 9:00 a.m. Faxed to Grant Co. Jail. rmh (RJO? Y) | JTS Minute Entry Date: 2009-05-11

| 06/02/2009 | **Converted Event** |
| --- | --- |
| | Defendant, pro se, files Motion for Discovery Order. Court notes Defendant has not been initialed on this cause as of this date. Initial hearing set for 6/5/09. rmh (RJO? N) \| JTS Minute Entry Date: 2009-06-02 |
| 06/05/2009 | **Indigent Counsel Appointed at County Expense** |
| | Initial hearing held and order entered. Court appoints Craig Persinger. Pre-trial set for September 2, 2009, at 9:00 a.m. Trial set for October 13, 2009, at 9:00 a.m. Omnibus date 8/5/09. rmh (RJO? Y) \| JTS Minute Entry Date: 2009-06-05 |
| 06/05/2009 | **Converted Event** |
| | Arrest warrant filed showing served. tb (RJO? N) \| JTS Minute Entry Date: 2009-06-05 |
| 06/10/2009 | **Converted Event** |
| | Appearance of Attorney Craig Persinger filed on behalf of Defendant, together with Motion for Discovery. rmh (RJO? N) \| JTS Minute Entry Date: 2009-06-10 |
| 06/30/2009 | **Converted Event** |
| | State files Notice of Discovery Compliance and Motion for Discovery. rmh (RJO? N) \| JTS Minute Entry Date: 2009-06-30 |
| 07/31/2009 | **Converted Event** |
| | 7/30/09: Defendant, by counsel, files Motion for Bond Reduction Hearing. Court sets hearing for August 21, 2009, at 9:00 a.m. rmh (RJO? N) \| JTS Minute Entry Date: 2009-07-31 |
| 08/12/2009 | **Converted Event** |
| | Surety bond posted by Abbott's Bail Bonds. rmh (RJO? N) \| JTS Minute Entry Date: 2009-08-12 |
| 08/12/2009 | **Converted Event** |
| | Court is notified that Defendant has bonded. Bond reduction hearing removed from court's calendar. rmh (RJO? N) \| JTS Minute Entry Date: 2009-08-12 |
| 08/12/2009 | **Converted Event** |
| | Bond cash received of $5.00. dw (RJO? N) \| JTS Minute Entry Date: 2009-08-12 |
| 09/02/2009 | **Converted Event** |
| | Parties appear for pre-trial conference. Counsel for Defendant files Motion for Continuance of Trial. State does not object. Order entered resetting trial for January 18, 2010 at 9:00 a.m. Pre-trial conference set for January 6, 2010 at 9:00 a.m. rmh (RJO? N) \| JTS Minute Entry Date: 2009-09-02 |
| 11/02/2009 | **Converted Event** |
| | Due to January 18, 2010 being a holiday, the Court now moves jury trial in this cause to January 19, 2010 at 9:00 a.m. rmh (RJO? N) \| JTS Minute Entry Date: 2009-11-02 |
| 11/06/2009 | **Converted Event** |
| | 11/5/09: State files Motion to Revoke Bail. Hearing set for November 13, 2009, at 9:00 a.m. rmh (RJO? N) \| JTS Minute Entry Date: 2009-11-06 |
| 11/12/2009 | **Converted Event** |
| | Court appoints C. Robert Rittman. rmh (RJO? N) \| JTS Minute Entry Date: 2009-11-12 |
| 11/13/2009 | **Converted Event** |
| | Parties appear for hearing on state's motion for revocation of bond. Counsel requests continuance. Court resets for November 20, 2009, at 9:00 a.m. rmh (RJO? N) \| JTS Minute Entry Date: 2009-11-13 |

| Date | Event |
|---|---|
| 11/20/2009 | **Converted Event**<br>Due to Court congestion in State v. Cruz, the Court resets hearing regarding bond revocation for December 4, 2009, at 9:00 a.m. rmh (RJO? N) \| JTS Minute Entry Date: 2009-11-20 |
| 11/25/2009 | **Converted Event**<br>11/24/09: Public defender appearance of Attorney Rittman filed on behalf of Defendant. rmh (RJO? N) \| JTS Minute Entry Date: 2009-11-25 |
| 12/04/2009 | **Converted Event**<br>Calendar :MISC. MOTIONS |
| 12/07/2009 | **Converted Event**<br>12/4/09: Parties appear for hearing on State's Motion to Revoke Bond. Argument heard. Court now grants State's Motion. Bond ordered revoked in this cause. rmh (RJO? N) \| JTS Minute Entry Date: 2009-12-07 |
| 12/22/2009 | **Converted Event**<br>12/21/09: Information for Counts 7, 8 and 9 filed. rmh (RJO? N) \| JTS Minute Entry Date: 2009-12-22 |
| 12/23/2009 | **Converted Event**<br>Initial hearing held on Counts 7, 8, and 9. Attorney Rittman waives formal initial hearing. rmh (RJO? N) \| JTS Minute Entry Date: 2009-12-23 |
| 01/06/2010 | **Converted Event**<br>Pre-trial conference held and order entered. Parties agree to continue trial to February 16, 2010 at 9:00 a.m. as first setting. rmh (RJO? Y) \| JTS Minute Entry Date: 2010-01-06 |
| 01/22/2010 | **Converted Event**<br>1/21/10: State files notice of supplemental discovery compliance and motion for discovery. rmh (RJO? N) \| JTS Minute Entry Date: 2010-01-22 |
| 01/25/2010 | **Converted Event**<br>Subpoena issued to Mike Spaulding filed showing copy service on 1/21/10. tb (RJO? N) \| JTS Minute Entry Date: 2010-01-25 |
| 01/26/2010 | **Converted Event**<br>Parties request to have a Pre-Trial set in this matter; Hearing is set for January 29, 2010, at 9:00 a.m. sd (RJO? N) \| JTS Minute Entry Date: 2010-01-26 |
| 01/28/2010 | **Converted Event**<br>Defendant, by counsel, files Motion to Sever Counts 7, 8, and 9, Motion in Limine and Motion to Suppress Evidence. rmh (RJO? N) \| JTS Minute Entry Date: 2010-01-28 |
| 01/29/2010 | **Converted Event**<br>Calendar :PRE-TRIAL CONFERENCE |
| 02/01/2010 | **Converted Event**<br>Defendant, by counsel, files Motion to Continue trial set for 2/16/10. Order entered resetting trial for May 24, 2010 at 9:00 a.m. Pre-trial set for May 5, 2010 at 9:00 a.m. Hearing on Defendant's Motion to Suppress set for May 18, 2010 at 2:00 p.m. rmh (RJO? N) \| JTS Minute Entry Date: 2010-02-01 |

| | |
|---|---|
| 02/01/2010 | **Converted Event**<br>1/29/10: Parties appear for pre-trial conference and hearing on defendant's motion in limine and motion to sever counts 7, 8, and 9. Court grants defendant's motion in limine and motion to sever counts 7, 8 and 9. Court sets hearing on Defendant's motion for suppression for February 9, 2010 at 2:00 p.m. rmh (RJO? N) | JTS Minute Entry Date: 2010-02-01 |
| 02/02/2010 | **Converted Event**<br>Entry of 2/1/10 removed from this docket. As of 2/1/10: Defendant, by counsel, files Motion to Continue trial. State objects. Court sets hearing on State's objection for February 3, 2010 at 9:00 a.m. rmh (RJO? N) | JTS Minute Entry Date: 2010-02-02 |
| 02/03/2010 | **Converted Event**<br>Parties appear for hearing on State's objection to Defendant's motion for continuance. Evidence and argument heard. Court grants Defendant's Motion for Continuance of Trial. Trial reset for May 24, 2010 at 9:00 a.m. Pre-trial reset for May 5, 2010 at 9:00 a.m. Hearing on Defendant's Motion to Suppress set for May 18, 2010 at 9:00 a.m. rmh (RJO? N) | JTS Minute Entry Date: 2010-02-03 |
| 02/03/2010 | **Converted Event**<br>Calendar :MISC. MOTIONS |
| 02/09/2010 | **Converted Event**<br>2/8/10: Appearance of Attorney Joe Keith Lewis filed on behalf of Defendant, together with Motion to Produce Evidence. rmh (RJO? N) | JTS Minute Entry Date: 2010-02-09 |
| 02/10/2010 | **Converted Event**<br>State previously provided discovery materials in the above cause. State requests that the Court order said materials turned over to Attorney Joe Keith Lewis. Approved. rmh (RJO? N) | JTS Minute Entry Date: 2010-02-10 |
| 02/12/2010 | **Converted Event**<br>2/11/10: Attorney C. Robert Rittman files Motion to Withdraw Appearance as counsel for Defendant. Order entered. rmh (RJO? Y) | JTS Minute Entry Date: 2010-02-12 |
| 05/05/2010 | **Converted Event**<br>Defendant, by counsel, files a Motion for Transport Order. Order entered. Grant County Sheriff is transport the Defendant to The Office, at 301 S. Adams St., Marion, IN 46952, for a deposition on May 6, 2010, at 9:00 a.m. sd (RJO? Y) | JTS Minute Entry Date: 2010-05-05 |
| 05/05/2010 | **Converted Event**<br>Calendar :PRE-TRIAL CONFERENCE |
| 05/13/2010 | **Converted Event**<br>5/12/10: State files Notice of Discovery Compliance. rmh (RJO? N) | JTS Minute Entry Date: 2010-05-13 |
| 05/18/2010 | **Converted Event**<br>5/15/10: Defendant, by counsel, files motion for continuance of trial. State does not object. Order entered resetting trial for August 9, 2010 at 9:00 a.m. Pre-trial set for July 7, 2010 at 9:00 a.m. Hearing on Defendant's motion to suppress set for June 30, 2010 at 9:00 a.m. rmh (RJO? N) | JTS Minute Entry Date: 2010-05-18 |
| 06/09/2010 | **Converted Event**<br>6/8/10: First Amended Motion to Suppress Evidence. Hearing remains set for June 30, 2010 at 9:00 a.m. rmh (RJO? N) | JTS Minute Entry Date: 2010-06-09 |

| Date | Event |
|---|---|
| 06/30/2010 | **Converted Event**<br>Parties appear for suppression hearing and agree to continue hearing to July 30, 2010 at 2:30 p.m. rmh (RJO? N) | JTS Minute Entry Date: 2010-06-30 |
| 07/07/2010 | **Converted Event**<br>Pre-trial conference held and order entered. Trial remains set for August 9, 2010 at 9:00 a.m. rmh (RJO? Y) | JTS Minute Entry Date: 2010-07-07 |
| 07/16/2010 | **Converted Event**<br>7/15/10: Defendant, by counsel, files Motion for Transport Order. rmh (RJO? N) | JTS Minute Entry Date: 2010-07-16 |
| 07/16/2010 | **Converted Event**<br>Counsel for defendant cancels motion for transport. They will conduct deposition out of presence of Defendant. rmh (RJO? N) | JTS Minute Entry Date: 2010-07-16 |
| 07/22/2010 | **Converted Event**<br>Subpoena Duces Tecum issued to American Pest Control filed showing personal service on 7/21/10. tb Subpoena Duces Tecum issued to Julie Taylor filed showing copy and mailing service on 7/21/10. tb (RJO? N) | JTS Minute Entry Date: 2010-07-22 |
| 07/22/2010 | **Converted Event**<br>7/20/10: Defendant, by counsel, issues Subpoena Duces Tecum to American Pest Professional and Julie Taylor. rmh (RJO? N) | JTS Minute Entry Date: 2010-07-22 |
| 07/29/2010 | **Converted Event**<br>State files Notice of Intent to Use 404(b) Evidence, to be heard on July 30, 2010 at 2:30 p.m. rmh (RJO? N) | JTS Minute Entry Date: 2010-07-29 |
| 07/29/2010 | **Converted Event**<br>7/28/10: Defendant, by counsel, files Second Amended Motion to Suppress Evidence, to be heard on July 30, 2010. State files Amended Count 2. rmh (RJO? N) | JTS Minute Entry Date: 2010-07-29 |
| 07/30/2010 | **Converted Event**<br>Parties agree to continue hearing on motion to suppress to August 4, 2010 at 11:00 a.m. rmh (RJO? N) | JTS Minute Entry Date: 2010-07-30 |
| 08/03/2010 | **Converted Event**<br>Subpoenas issued to Mike Andry and Marland Sands filed showing personal service on 7/29/10. tb (RJO? N) | JTS Minute Entry Date: 2010-08-03 |
| 08/04/2010 | **Converted Event**<br>Calendar :MISC. MOTIONS |
| 08/05/2010 | **Converted Event**<br>Defendant, by counsel, files Notice of Discovery Compliance and Jury Instructions. Subpoenas issued to Steven Gause and Julie Taylor. rmh (RJO? N) | JTS Minute Entry Date: 2010-08-05 |
| 08/05/2010 | **Converted Event**<br>8/4/10: Parties appear for hearing on pending motions. Court takes under advisement. rmh (RJO? N) | JTS Minute Entry Date: 2010-08-05 |

| | |
|---|---|
| 08/06/2010 | **Converted Event** |
| | Subpoena issued to Brad Kochanek filed showing copy service on 8/5/10. tb (RJO? N) \| JTS Minute Entry Date: 2010-08-06 |
| 08/09/2010 | **Converted Event** |
| | Order on Motion to Suppress and 404(b) Notice. Defendants' Motion to Suppress is denied. State is permitted to introduce evidence identified in its 404(B) notice, subject to limitations outlined in order. rmh (RJO? Y) \| JTS Minute Entry Date: 2010-08-09 |
| 08/09/2010 | **Converted Event** |
| | Calendar :JURY TRIAL |
| 08/10/2010 | **Converted Event** |
| | Subpoena issued to Jasmine Davis by defense. rmh (RJO? N) \| JTS Minute Entry Date: 2010-08-10 |
| 08/12/2010 | **Converted Event** |
| | Subpoena issued to Steven Gause filed, showing mailing and copy service on 8/12/10. sd (RJO? N) \| JTS Minute Entry Date: 2010-08-12 |
| 08/23/2010 | **Converted Event** |
| | 8/20/10: Defendant, pro se, files Motion for Certification of Interlocutory Order. Copy forwarded to Attorney Lewis. rmh (RJO? N) \| JTS Minute Entry Date: 2010-08-23 |
| 08/23/2010 | **Converted Event** |
| | 8/11/10: Trial continues. State continues with evidence and concludes. Trial recessed until 8/12/10. rmh (RJO? N) \| JTS Minute Entry Date: 2010-08-23 |
| 08/23/2010 | **Converted Event** |
| | 8/9/10: Voir dire begins. Jury selected. Preliminary instructions filed. State begins with evidence. Trial recessed until 8/10/10. rmh (RJO? N) \| JTS Minute Entry Date: 2010-08-23 |
| 08/23/2010 | **Converted Event** |
| | 8/10/10: Trial continues. Court recesses until 8/11/10. rmh (RJO? N) \| JTS Minute Entry Date: 2010-08-23 |
| 08/23/2010 | **Converted Event** |
| | 8/12/10: Trial continues. Defendant presents evidence and rests. Juror questions 1 and 2 filed. State and defendant tender instruction. Court does not give. Final instructions filed. Jury returns with guilty verdicts on counts 1, 3, and 4. State orally dismisses count 2. Defendant will waive bifurcated trial on count 5. Record of Jury Trial Proceedings filed. Judgment on Verdict entered. PSI ordered. Sentencing set for September 10, 2010 at 8:30 a.m. rmh (RJO? N) \| JTS Minute Entry Date: 2010-08-23 |
| 09/01/2010 | **Converted Event** |
| | Defendant, by counsel, files a Motion Withdraw Pro Se Motions. sd (RJO? N) \| JTS Minute Entry Date: 2010-09-01 |
| 09/02/2010 | **Converted Event** |
| | As of 9/1/10: Order on Motion to Withdraw Pro Se Motions entered. It is therefore ordered that the pro se Motion for Certification of Interlocutory Order and Motion to Dismiss for an Illegal Search Seized is hereby withdrawn. sd (RJO? Y) \| JTS Minute Entry Date: 2010-09-02 |
| 09/09/2010 | **Converted Event** |
| | 9/8/10: Pre-sentence investigation report filed. rmh (RJO? N) \| JTS Minute Entry Date: 2010-09-09 |

| 09/10/2010 | **Converted Event** |
|---|---|
| | Calendar :SENTENCING |

| 09/14/2010 | **Converted Event** |
|---|---|
| | 9/10/10: Parties appear for sentencing. Order of Sentence entered. Defendant sentenced to 50 years on Count 1 and 3 years on Count 4, concurrent with each other. Count 2 was dismissed prior to trial and counts 3, 4, and 5 were renumbered for purposes of trial. Count 6 was dismissed. Abstract of Judgment entered. rmh (DISPOSED: JT ) (RJO? Y) | JTS Minute Entry Date: 2010-09-14 |

| 09/14/2010 | **Judgment** |
|---|---|
| | Conversion |
| | 01.  POSSESSION OF COCAINE- A Person Who Knowingly Or Intentionally Posses Cocaine In An Amount More Tha |
| |       • Conversion Unknown |

| 09/14/2010 | **Judgment** |
|---|---|
| | Conversion |
| | 02.  DEALING IN COCAINE- A Person Who Did Knowingly Deliver Cocaine |
| |       • Conversion Unknown |

| 09/14/2010 | **Judgment** |
|---|---|
| | Conversion |
| | 03.  NEGLECT OF A DEPENDENT- A Person Who Knowingly Place Dependent I Situatuion That Endagered Dependen |
| |       • Dismissed |

| 09/14/2010 | **Judgment** |
|---|---|
| | Conversion |
| | 04.  POSSESSION OF COCAINE- A Person Who Knowingly Or Intentionally Possess Cocaine Over 3 Grams Or More |
| |       • Conversion Unknown |

| 09/14/2010 | **Judgment** |
|---|---|
| | Conversion |
| | 05.  POSSESSION OF MARIJUANA |
| |       • Dismissed |

| 09/14/2010 | **Judgment** |
|---|---|
| | Conversion |
| | 06.  HABITUAL OFFENDER |
| |       • Dismissed |

| 09/15/2010 | **Converted Event** |
|---|---|
| | Sent to Sheriff certified copies of Order of Sentence, Abstract of Judgment, PSI, Criminal Information, Affidavit for Probable Cause, and CCS. dmc (RJO? N) | JTS Minute Entry Date: 2010-09-15 |

| 09/27/2010 | **Indigent Counsel Appointed at County Expense** |
|---|---|
| | Comes now the court and appoints C. Robert Rittman for appeal purposes only. rmh (RJO? N) | JTS Minute Entry Date: 2010-09-27 |

| 09/27/2010 | **Converted Event** |
|---|---|
| | Defendant, pro se, files correspondence. rmh (RJO? N) | JTS Minute Entry Date: 2010-09-27 |

| 09/28/2010 | **Converted Event** |
|---|---|
| | 9/27/10: Correspondence filed by defendant, pro se. rmh (RJO? N) | JTS Minute Entry Date: 2010-09-28 |

| | |
|---|---|
| 09/28/2010 | **Converted Event** |
| | E-mail to counsel and state regarding new trial date filed. rmh (RJO? N) | JTS Minute Entry Date: 2010-09-28 |
| 09/29/2010 | **Converted Event** |
| | Notice of Appeal from Trial Court filed. rmh (RJO? N) | JTS Minute Entry Date: 2010-09-29 |
| 09/30/2010 | **Converted Event** |
| | 9/28/10: Defendant, pro se, files correspondence. rmh (RJO? N) | JTS Minute Entry Date: 2010-09-30 |
| 10/27/2010 | **Converted Event** |
| | As of 5/5/10: Pre-trial conference held and order entered. rmh (RJO? N) | JTS Minute Entry Date: 2010-10-27 |
| 10/27/2010 | **Converted Event** |
| | Sent Notice of Completion of Clerk's Record to Clerk of Supreme Court and all interested parties. dmc (RJO? N) | JTS Minute Entry Date: 2010-10-27 |
| 11/01/2010 | **Converted Event** |
| | Certified mail receipt filed showing service on Clerk Supreme Court on 10/28/10, signed for by A Smith. tb (RJO? N) | JTS Minute Entry Date: 2010-11-01 |
| 11/03/2010 | **Converted Event** |
| | Defendant, pro se, files Appellant's Verified Motion for an Order Compelling Court Reporter to File Transcript with Trial Court Clerk. rmh (RJO? N) | JTS Minute Entry Date: 2010-11-03 |
| 12/23/2010 | **Converted Event** |
| | 12/22/10: Defendant, by counsel, files Petition for Ex Parte Determination. Order on Defendant's Petition for Ex Parte Determination entered. Defendant is indigent and C. Robert Rittman is appointed counsel. rmh (RJO? Y) | JTS Minute Entry Date: 2010-12-23 |
| 12/23/2010 | **Converted Event** |
| | 12/22/10: Correspondence filed by defendant, pro se. rmh (RJO? N) | JTS Minute Entry Date: 2010-12-23 |
| 12/28/2010 | **Converted Event** |
| | Notice of Filing of Transcript filed. tb (RJO? N) | JTS Minute Entry Date: 2010-12-28 |
| 12/28/2010 | **Converted Event** |
| | Sent Notice of Completion of Transcript to Clerk of Supreme Court and all interested parties. dmc (RJO? N) | JTS Minute Entry Date: 2010-12-28 |
| 12/28/2010 | **Converted Event** |
| | Calendar |
| 01/07/2011 | **Converted Event** |
| | Certified mail receipt filed showing service on Clerk of the Court of Appeals on 1/3/11, signed for by Janell Smiley. tb (RJO? N) | JTS Minute Entry Date: 2011-01-07 |
| 03/02/2011 | **Converted Event** |
| | Mailed transcripts to Clerk of Supreme Court of Appeals. dmc (RJO? N) | JTS Minute Entry Date: 2011-03-02 |
| 03/03/2011 | **Converted Event** |
| | Defendant, by counsel, files Motion to Reveal Agreements Entered into Between teh State and Prosecution Witnesses. rmh (RJO? N) | JTS Minute Entry Date: 2011-03-03 |

| | |
|---|---|
| 03/07/2011 | **Converted Event**<br>Hearing on defendant's motion to reveal agreements is set for March 17, 2011 at 8:30 a.m. rmh (RJO? N) \| JTS Minute Entry Date: 2011-03-07 |
| 03/07/2011 | **Converted Event**<br>Jury trial set for March 28, 2011 at 9:00 a.m. rmh (RJO? N) \| JTS Minute Entry Date: 2011-03-07 |
| 03/09/2011 | **Converted Event**<br>Certified mail receipt filed showing service on Clerk Supreme Court on 3/4/11. tb (RJO? N) \| JTS Minute Entry Date: 2011-03-09 |
| 03/15/2011 | **Converted Event**<br>Defendant, by counsel, Joe Keith Lewis, files motino for continuance and motion for withdraw of appearance as counsel for defendant. rmh (RJO? N) \| JTS Minute Entry Date: 2011-03-15 |
| 03/16/2011 | **Converted Event**<br>3/15/11: Order granting continuance entered and order on motion to withdraw Attorney Joe Keith Lewis' appearance as counsel for defendant is entered. Court appoints C. Robert Rittman. Trial is reset for August 8, 2011 at 9:00 a.m. Pre-trial set for July 6, 2011 at 9:00 a.m. Hearing on Defendant's motion to reveal witnesses removed from court's calendar. rmh (RJO? N) \| JTS Minute Entry Date: 2011-03-16 |
| 03/18/2011 | **Converted Event**<br>3/17/11: Public defender's appearance of Attorney C. Robert Rittman filed on behalf of Defendant, together with motion for discovery. rmh (RJO? N) \| JTS Minute Entry Date: 2011-03-18 |
| 06/24/2011 | **Converted Event**<br>Court of Appeals files memorandum decision affirming trial court's decision. rmh (RJO? N) \| JTS Minute Entry Date: 2011-06-24 |
| 07/06/2011 | **Converted Event**<br>Calendar :PRE-TRIAL CONFERENCE |
| 07/20/2011 | **Converted Event**<br>Plea agreement filed. rmh (RJO? N) \| JTS Minute Entry Date: 2011-07-20 |
| 07/28/2011 | **Converted Event**<br>Parties appear in Superior Court 1 for guilty plea hearing. Counts 7, 8 and 9 are dismissed. Defendant is to serve already imposed sentence, consecutive to 27C01-0910-FA-232. Order on Guilty Plea Hearing and Sentencing entered. rmh (RJO? Y) \| JTS Minute Entry Date: 2011-07-21 |
| 08/12/2011 | **Converted Event**<br>Pre-trial conference held and order entered. rmh (RJO? Y) \| JTS Minute Entry Date: 2011-07-06 |
| 09/06/2011 | **Converted Event**<br>Court of appeals files notice denying defendant's petition to transfer jurisdiction. rmh (RJO? N) \| JTS Minute Entry Date: 2011-09-06 |
| 09/13/2011 | **Converted Event**<br>Court of Appeals files memorandum decision concurring with trial court's decision. r mh (RJO? N) \| JTS Minute Entry Date: 2011-09-12 |

| 12/12/2011 | Converted Event |
|---|---|
| | Order appointing State Public Defender entered. rmh (RJO? Y) \| JTS Minute Entry Date: 2011-12-12 |

| 12/12/2011 | Converted Event |
|---|---|
| | Defendant, pro se, files Verified Petition for Post Conviction Relief. rmh (RJO? N) \| JTS Minute Entry Date: 2011-12-07 |

| 12/14/2011 | Converted Event |
|---|---|
| | Sent Order and copy of Post Conviction Relief to State Public Defender. dmc (RJO? N) \| JTS Minute Entry Date: 2011-12-14 |

| 01/10/2012 | Converted Event |
|---|---|
| | Mailed requested documents to Public Defender's Office. dmc (RJO? N) \| JTS Minute Entry Date: 2012-01-10 |

| 01/10/2012 | Converted Event |
|---|---|
| | Appearance of Attorney Linda Nicholson from the State Public Defender filed on behalf of Defendant. rmh (RJO? N) \| JTS Minute Entry Date: 2012-01-09 |

| 09/16/2013 | Motion to Withdraw Appearance Filed |
|---|---|
| | Filed By:        Nicholson, Linda Gail |
| | File Stamp:    09/13/2013 |

| 09/16/2013 | Order Granting Motion to Withdraw Appearance |
|---|---|
| | Judicial Officer:    Spitzer, Mark E |
| | Order Signed:      09/16/2013 |

| 09/17/2013 | ENotice Issued to Parties |
|---|---|
| | Parties:    Myers, William Thomas |

| 03/13/2017 | Motion Filed |
|---|---|
| | Motion for Modification of Sentence |
| | Filed By:        McMullen, Ryan Tyrone |
| | File Stamp:    03/11/2017 |

| 03/14/2017 | Automated ENotice Issued to Parties |
|---|---|
| | Motion Filed ---- 3/13/2017 : Grant County Probation;William Thomas Myers;Lisa Malmer Johnson |

| 03/20/2017 | Order Issued |
|---|---|
| | on hearing for motion for modification. |
| | Order Signed:    03/20/2017 |

| 03/21/2017 | Automated ENotice Issued to Parties |
|---|---|
| | Order Issued ---- 3/20/2017 : Grant County Probation;William Thomas Myers;Lisa Malmer Johnson |

| 07/31/2017 | Correspondence to/from Court Filed |
|---|---|
| | Denial of Request |
| | Filed By:        Grant County Probation |
| | File Stamp:    07/28/2017 |

| 07/31/2017 | Correspondence to/from Court Filed |
|---|---|
| | Correspondence tendered by Defendant. er |
| | File Stamp:    07/31/2017 |

| | | |
|---|---|---|
| 10/31/2017 | **Order Denying Petition for Post Conviction Relief** | |
| | Defendant's Post-Conviction Relief is denied and Defendant's Motion for Modification of Sentence is denied. | |
| | Order Signed: | 10/31/2017 |

| | | |
|---|---|---|
| 11/01/2017 | **Automated ENotice Issued to Parties** | |
| | Order Denying Petition for Post Conviction Relief ---- 10/31/2017 : Grant County Probation;William Thomas Myers;Lisa Malmer Johnson | |

| | | |
|---|---|---|
| 10/19/2018 | **Correspondence to/from Court Filed** | |
| | Filed by defendant, pro se. | |
| | File Stamp: | 10/18/2018 |

| | | |
|---|---|---|
| 10/20/2018 | **Automated ENotice Issued to Parties** | |
| | Correspondence to/from Court Filed ---- 10/19/2018 : Grant County Probation;William Thomas Myers;Lisa Malmer Johnson | |

| | | |
|---|---|---|
| 11/20/2020 | **Appearance Filed** | |
| | Appearance | |
| | For Party: | McMullen, Ryan Tyrone |
| | File Stamp: | 11/19/2020 |

| | | |
|---|---|---|
| 11/20/2020 | **Motion to Modify Sentence Filed** | |
| | Defendant's Renewed Motion for Modification of Sentence | |
| | Filed By: | McMullen, Ryan Tyrone |
| | File Stamp: | 11/19/2020 |

| | | |
|---|---|---|
| 11/21/2020 | **Automated ENotice Issued to Parties** | |
| | Appearance Filed ---- 11/20/2020 : Grant County Probation;William Thomas Myers;Lisa Malmer Johnson Motion to Modify Sentence Filed ---- 11/20/2020 : Grant County Probation;William Thomas Myers;Lisa Malmer Johnson | |

| | | |
|---|---|---|
| 12/07/2020 | **Hearing Scheduling Activity** | |
| | Pretrial Conference scheduled for 01/06/2021 at 9:00 AM. | |

| | | |
|---|---|---|
| 12/08/2020 | **Automated ENotice Issued to Parties** | |
| | Hearing Scheduling Activity ---- 12/7/2020 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley | |

| | | |
|---|---|---|
| 12/29/2020 | **Motion Filed** | |
| | Motion for Remote/Telephonic PTC | |
| | Filed By: | McMullen, Ryan Tyrone |
| | File Stamp: | 12/29/2020 |

| | | |
|---|---|---|
| 12/30/2020 | **Automated ENotice Issued to Parties** | |
| | Motion Filed ---- 12/29/2020 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley | |

| | | |
|---|---|---|
| 01/06/2021 | **Motion for Continuance Filed** | |
| | Joint Notice to Court and Motion to Reset PTC | |
| | Filed By: | McMullen, Ryan Tyrone |
| | Filed By: | State of Indiana |
| | File Stamp: | 01/05/2021 |

| | | |
|---|---|---|
| 01/07/2021 | **Automated ENotice Issued to Parties** | |
| | Motion for Continuance Filed ---- 1/6/2021 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley | |

| 01/08/2021 | **Order Issued** |
|---|---|
| | Telephonic pretrial conference set for February 3, 2021, at 1:30 p.m. and progress report to be ordered. |
| | Order Signed:   01/08/2021 |

| 01/08/2021 | **Hearing Scheduling Activity** |
|---|---|
| | Pretrial Conference originally scheduled on 01/06/2021 at 1:30 PM was rescheduled to 02/03/2021 at 1:30 PM. Reason: By Request. |

| 01/09/2021 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Issued ---- 1/8/2021 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley Hearing Scheduling Activity ---- 1/8/2021 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley |

| 01/11/2021 | **Report Filed** |
|---|---|
| | Progress Report |
| | Filed By:   Grant County Probation |
| | File Stamp:   01/11/2021 |

| 01/12/2021 | **Automated ENotice Issued to Parties** |
|---|---|
| | Report Filed ---- 1/11/2021 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley |

| 01/15/2021 | **Report Filed** |
|---|---|
| | DOC progress report |
| | File Stamp:   01/15/2021 |

| 01/16/2021 | **Automated ENotice Issued to Parties** |
|---|---|
| | Report Filed ---- 1/15/2021 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley |

| 02/03/2021 | **Pretrial Conference** |
|---|---|
| | Session: |
| |         01/06/2021 1:30 PM, Rescheduled |
| | Session: |
| |         02/03/2021 1:30 PM, Judicial Officer: Spitzer, Mark E |
| | Comment:   re sent mod |
| | Result:   Commenced and concluded |

| 02/03/2021 | **Administrative Event** |
|---|---|
| | Hearing set for March 5, 2021, at 9:30 a.m. via zoom. |

| 02/25/2021 | **Hearing Scheduling Activity** |
|---|---|
| | Modification Hearing scheduled for 03/05/2021 at 9:30 AM. |

| 02/26/2021 | **Automated ENotice Issued to Parties** |
|---|---|
| | Hearing Scheduling Activity ---- 2/25/2021 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley |

| 03/02/2021 | **Correspondence to/from Court Filed** |
|---|---|
| | Review of Modification Request |
| | Filed By:   Grant County Probation |
| | File Stamp:   02/26/2021 |

| 03/03/2021 | **Automated ENotice Issued to Parties** |
|---|---|
| | Correspondence to/from Court Filed ---- 3/2/2021 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley |

| 03/05/2021 | Modification Hearing |
|---|---|
| | Session: |
| | 03/05/2021 9:30 AM, Judicial Officer: Spitzer, Mark E |
| | Comment: via zoom |
| | Result: Commenced and concluded |

| 04/19/2021 | Order Granting Motion to Modify Sentence |
|---|---|
| | Defendant's sentence under this cause is hereby suspended and upon completion of sentence in 27C01-0910-FA-232, the Defendant is to participate in CTP and/or reentry court. |
| | Order Signed: 03/30/2021 |

| 04/20/2021 | Automated ENotice Issued to Parties |
|---|---|
| | Order Granting Motion to Modify Sentence ---- 4/19/2021 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley |

| 05/11/2021 | Abstract of Judgment Sent to DOC |
|---|---|

| 05/19/2021 | Findings and Order for Community Transition Program |
|---|---|
| | Defendant to begin CTP, home detention, reentry court, etc on 5/24/21 and end 9/21/21. This cause to be transferred to Superior Court 1 for reentry court. |
| | Order Signed: 05/19/2021 |

| 05/19/2021 | Clerk Administrative Event |
|---|---|
| | CLERK TRANSFERRED CAUSE TO SUPERIOR COURT 1 |

| 05/24/2021 | Order of Acceptance into Re-Entry Court |
|---|---|
| | Order Signed: 05/24/2021 |

| 05/26/2021 | Order Issued |
|---|---|
| | Order issued to release original birth certificate, state's exhibit 22, to Defendant. Circuit Court kept a copy |
| | Order Signed: 05/26/2021 |

| 05/27/2021 | Automated ENotice Issued to Parties |
|---|---|
| | Order Issued ---- 5/26/2021 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley |

| 06/04/2021 | Document Filed |
|---|---|
| | Participant agreement. er |
| | File Stamp: 06/02/2021 |

| 06/04/2021 | Conditions of Probation |
|---|---|
| | Order Signed: 06/04/2021 |

| 06/04/2021 | Administrative Event |
|---|---|
| | Defendant appeared for Reentry Court. er |

| 06/05/2021 | Automated ENotice Issued to Parties |
|---|---|
| | Document Filed ---- 6/4/2021 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley |

| 06/25/2021 | Administrative Event |
|---|---|
| | Defendant appeared for Reentry Court. er |

| 07/09/2021 | Administrative Event |
|---|---|
| | Defendant appeared for Reentry Court. er |

| 07/14/2021 | **Motion Filed** |
|---|---|
| | Home Detention Violation Agreement |
| | Filed By:	Grant County Probation |
| | File Stamp:	07/14/2021 |

| 07/15/2021 | **Automated ENotice Issued to Parties** |
|---|---|
| | Motion Filed ---- 7/14/2021 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley |

| 08/06/2021 | **Administrative Event** |
|---|---|
| | Defendant appeared for Reentry Court. er |

| 08/13/2021 | **Administrative Event** |
|---|---|
| | Defendant appears for Reentry Court. |

| 09/17/2021 | **Administrative Event** |
|---|---|
| | Defendant appears for Reentry Court. er |

| 09/21/2021 | **Correspondence to/from Court Filed** |
|---|---|
| | Home Detention Completion Letter |
| | Filed By:	Grant County Probation |
| | File Stamp:	09/21/2021 |

| 09/22/2021 | **Automated ENotice Issued to Parties** |
|---|---|
| | Correspondence to/from Court Filed ---- 9/21/2021 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley |

| 09/24/2021 | **Hearing Journal Entry** |
|---|---|
| | Defendant appears for Reentry Court |

| 10/29/2021 | **Administrative Event** |
|---|---|
| | Defendant appeared for Reentry Court. er |

| 12/03/2021 | **Administrative Event** |
|---|---|
| | Defendant appeared for Reentry Court. er |

| 12/03/2021 | **Administrative Event** |
|---|---|
| | Defendant appeared for Reentry Court. er |

| 01/14/2022 | **Administrative Event** |
|---|---|
| | Defendant appeared for Reentry Court. er |

| 01/28/2022 | **Administrative Event** |
|---|---|
| | Defendant appeared for Reentry Court. er |

| 02/25/2022 | **Administrative Event** |
|---|---|
| | Defendant appeared for Reentry Court. er |

| 05/06/2022 | **Document Filed** |
|---|---|
| | Agreement Modifying Conditions of Probation filed and approved. er |
| | File Stamp:	05/06/2022 |

| 05/07/2022 | **Automated ENotice Issued to Parties** |
|---|---|
| | Document Filed ---- 5/6/2022 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley |

| 12/28/2023 | Petition Filed | |
|---|---|---|
| | Petition for Revocation of Probation. er | |
| | Filed By: | Grant County Probation |
| | File Stamp: | 12/28/2023 |

| 12/28/2023 | Warrant or Writ of Attmnt for the Body of a Person Issued |
|---|---|
| | Bond set in the sum of $25,000.00/10% cash. er |

| 12/28/2023 | Hearing Journal Entry |
|---|---|
| | Parties appear. Defense waives initial hearing. The Court now recalls the warrant in this case and the Defendant is ordered released on his own recognizance. er |

| 12/28/2023 | Warrant or Writ of Attmnt for the Body of a Person Recalled |
|---|---|
| | 12-28-23 |

| 12/28/2023 | Hearing Scheduling Activity |
|---|---|
| | Fact Finding Hearing scheduled for 05/20/2024 at 11:00 AM. |

| 12/29/2023 | Automated ENotice Issued to Parties |
|---|---|
| | Petition Filed ---- 12/28/2023 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley Hearing Scheduling Activity ---- 12/28/2023 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley |

| 01/10/2024 | Appearance Filed | |
|---|---|---|
| | Appearance | |
| | For Party: | McMullen, Ryan Tyrone |
| | File Stamp: | 01/09/2024 |

| 01/11/2024 | Automated ENotice Issued to Parties |
|---|---|
| | Appearance Filed ---- 1/10/2024 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley |

| 03/11/2024 | Document Filed | |
|---|---|---|
| | Addendum to: The Revocation of Probation. er | |
| | File Stamp: | 03/11/2024 |

| 03/11/2024 | Warrant or Writ of Attmnt for the Body of a Person Issued |
|---|---|
| | Bond set in the sum of $25,000.00/10% cash. er |

| 03/11/2024 | Warrant or Writ of Attmnt for the Body of a Person Issued |
|---|---|

| 03/12/2024 | Automated ENotice Issued to Parties |
|---|---|
| | Document Filed ---- 3/11/2024 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley |

| 03/14/2024 | Warrant or Writ of Attmnt for the Body of a Person Served |
|---|---|

| 03/15/2024 | Hearing Journal Entry | |
|---|---|---|
| | Probation Violation Initial Hearing held. er | |
| | Hearing Date: | 03/15/2024 |

| 03/19/2024 | Order on Initial Hearing | |
|---|---|---|
| | Order Signed: | 03/19/2024 |

| 03/20/2024 | Automated ENotice Issued to Parties |
|---|---|
| | Order on Initial Hearing ---- 3/19/2024 : Grant County Probation;Jarred Lee Eib;Stacy Lynn Kelley |

| 05/20/2024 | Motion to Withdraw Appearance Filed |
|---|---|
| | MOTION OF WITHDRAWAL |
| | Filed By: State of Indiana |
| | File Stamp: 05/19/2024 |

| 05/20/2024 | Hearing Scheduling Activity |
|---|---|
| | Fact Finding Hearing originally scheduled on 05/20/2024 at 11:00 AM was rescheduled to 09/16/2024 at 11:00 AM. Reason: By Request. |

| 05/21/2024 | Automated ENotice Issued to Parties |
|---|---|
| | Motion to Withdraw Appearance Filed ---- 5/20/2024 : Grant County Probation;Jamie L. Moore;Stacy Lynn Kelley |
| | Hearing Scheduling Activity ---- 5/20/2024 : Grant County Probation;Jamie L. Moore;Stacy Lynn Kelley |

| 08/06/2024 | Motion Filed |
|---|---|
| | Motion for Bond Review Hearing |
| | Filed By: McMullen, Ryan Tyrone |
| | File Stamp: 08/05/2024 |

| 08/07/2024 | Automated ENotice Issued to Parties |
|---|---|
| | Motion Filed ---- 8/6/2024 : Grant County Probation;Jamie L. Moore;Stacy Lynn Kelley |

| 08/09/2024 | Order Issued |
|---|---|
| | Order Signed: 08/07/2024 |

| 08/09/2024 | Hearing Scheduling Activity |
|---|---|
| | Bail Review Hearing scheduled for 08/26/2024 at 8:30 AM. |

| 08/10/2024 | Automated ENotice Issued to Parties |
|---|---|
| | Order Issued ---- 8/9/2024 : Grant County Probation;Jamie L. Moore;Stacy Lynn Kelley Hearing Scheduling Activity ---- 8/9/2024 : Grant County Probation;Jamie L. Moore;Stacy Lynn Kelley |

| 08/26/2024 | Bail Review Hearing |
|---|---|
| | Session: |
| | 08/26/2024 8:30 AM, Judicial Officer: Todd, Jeffrey D |

| 08/26/2024 | Hearing Journal Entry |
|---|---|
| | Bail review hearing held. Court takes this matter under advisement. er |

| 08/28/2024 | Correspondence to/from Court Filed |
|---|---|
| | Correspondence tendered by Defendant's grandmother. er |
| | File Stamp: 08/28/2024 |

| 08/28/2024 | Order Issued |
|---|---|
| | Order Denying Motion for Bond Modification. er |
| | Order Signed: 08/27/2024 |

| 08/29/2024 | Automated ENotice Issued to Parties |
|---|---|
| | Correspondence to/from Court Filed ---- 8/28/2024 : Grant County Probation;Jamie L. Moore;Stacy Lynn Kelley Order Issued ---- 8/28/2024 : Grant County Probation;Jamie L. Moore;Stacy Lynn Kelley |

| 08/30/2024 | Correspondence to/from Court Filed |  |
|---|---|---|
|  | Correspondence tendered by Defendant. Court takes no action. er |  |
|  | File Stamp: | 08/30/2024 |
| 08/31/2024 | Automated ENotice Issued to Parties |  |
|  | Correspondence to/from Court Filed ---- 8/30/2024 : Grant County Probation;Jamie L. Moore;Stacy Lynn Kelley |  |
| 09/16/2024 | Fact Finding Hearing |  |
|  | Session: |  |
|  | 05/20/2024 11:00 AM, Rescheduled |  |
|  | Session: |  |
|  | 09/16/2024 11:00 AM, Judicial Officer: Todd, Jeffrey D |  |
| 09/16/2024 | Motion for Continuance Filed |  |
|  | Motion for Continuance |  |
|  | Filed By: | McMullen, Ryan Tyrone |
|  | File Stamp: | 09/13/2024 |
| 09/17/2024 | Automated ENotice Issued to Parties |  |
|  | Motion for Continuance Filed ---- 9/16/2024 : Grant County Probation;Jamie L. Moore;Stacy Lynn Kelley |  |
| 09/19/2024 | Order Granting Motion for Continuance |  |
|  | Order Signed: | 09/16/2024 |
| 09/19/2024 | Hearing Scheduling Activity |  |
|  | Fact Finding Hearing scheduled for 10/21/2024 at 11:00 AM. |  |
| 09/20/2024 | Automated ENotice Issued to Parties |  |
|  | Order Granting Motion for Continuance ---- 9/19/2024 : Grant County Probation;Jamie L. Moore;Stacy Lynn Kelley |  |
|  | Hearing Scheduling Activity ---- 9/19/2024 : Grant County Probation;Jamie L. Moore;Stacy Lynn Kelley |  |
| 09/30/2024 | Motion Filed |  |
|  | Motion to Set New Sentencing Hearing |  |
|  | Filed By: | State of Indiana |
|  | File Stamp: | 09/30/2024 |
| 10/01/2024 | Automated ENotice Issued to Parties |  |
|  | Motion Filed ---- 9/30/2024 : Grant County Probation;Jamie L. Moore;Stacy Lynn Kelley |  |
| 10/02/2024 | Order for Hearing |  |
|  | Order Signed: | 10/01/2024 |
| 10/02/2024 | Hearing Scheduling Activity |  |
|  | Sentencing Hearing scheduled for 10/21/2024 at 11:00 AM. |  |
| 10/03/2024 | Automated ENotice Issued to Parties |  |
|  | Order for Hearing ---- 10/2/2024 : Grant County Probation;Jamie L. Moore;Stacy Lynn Kelley Hearing Scheduling Activity ---- 10/2/2024 : Grant County Probation;Jamie L. Moore;Stacy Lynn Kelley |  |
| 10/21/2024 | Fact Finding Hearing |  |
|  | Session: |  |
|  | 10/21/2024 11:00 AM, Judicial Officer: Todd, Jeffrey D |  |

| 10/21/2024 | Motion for Continuance Filed | |
|---|---|---|
| | Motion for Continuance | |
| | Filed By: | McMullen, Ryan Tyrone |
| | File Stamp: | 10/20/2024 |

| 10/22/2024 | Automated ENotice Issued to Parties | |
|---|---|---|
| | Motion for Continuance Filed ---- 10/21/2024 : Grant County Probation;Jamie L. Moore;Stacy Lynn Kelley | |

| 10/31/2024 | Order Granting Motion for Continuance | |
|---|---|---|
| | Order Signed: | 10/21/2024 |

| 10/31/2024 | Hearing Scheduling Activity |
|---|---|
| | Sentencing Hearing originally scheduled on 10/21/2024 at 11:00 AM was rescheduled to 12/03/2024 at 1:30 PM. Reason: By Request. |

| 11/01/2024 | Automated ENotice Issued to Parties |
|---|---|
| | Order Granting Motion for Continuance ---- 10/31/2024 : Grant County Probation;Jamie L. Moore;Stacy Lynn Kelley |
| | Hearing Scheduling Activity ---- 10/31/2024 : Grant County Probation;Jamie L. Moore;Stacy Lynn Kelley |

| 12/03/2024 | Sentencing Hearing | |
|---|---|---|
| | Session: | |
| | | 10/21/2024 11:00 AM, Rescheduled |
| | Session: | |
| | | 12/03/2024 2:00 PM, Judicial Officer: Spitzer, Mark E |
| | Result: | Continued |

| 12/03/2024 | Hearing Journal Entry | |
|---|---|---|
| | State appears. Attorney Kelly does not appear. Court telephoned Attorney Kelly and counsel indicated she does not represent Defendant on the Habeas Corpus matter and may be withdrawing her appearance. Court appoints Bruce Elliott and sets matter for resentencing on Habeas Corpus for December 27, 2024, at 9:00 a.m. | |
| | Judicial Officer: | Spitzer, Mark E |

| 12/03/2024 | Hearing Scheduling Activity |
|---|---|
| | Sentencing Hearing scheduled for 12/27/2024 at 9:00 AM. |

| 12/04/2024 | Automated ENotice Issued to Parties |
|---|---|
| | Hearing Scheduling Activity ---- 12/3/2024 : Grant County Probation;Jamie L. Moore;Bruce Neil Elliott;Stacy Lynn Kelley |

| 12/16/2024 | Sentencing Hearing | |
|---|---|---|
| | Session: | |
| | | 12/27/2024 9:00 AM, Rescheduled |
| | Session: | |
| | | 12/16/2024 10:00 AM, Judicial Officer: Spitzer, Mark E |
| | Result: | Commenced and concluded |

| 12/16/2024 | Hearing Scheduling Activity |
|---|---|
| | Sentencing Hearing originally scheduled on 12/27/2024 at 9:00 AM was rescheduled to 12/16/2024 at 10:00 AM. Reason: Court's Own Motion. |

| 12/16/2024 | Order of Confinement (Sentenced) | |
|---|---|---|
| | Judicial Officer: | Spitzer, Mark E |
| | Order Signed: | 12/16/2024 |

| | | |
|---|---|---|
| 12/16/2024 | **Abstract of Judgment Sent to DOC** | |
| 12/17/2024 | **Automated ENotice Issued to Parties** | |
| | Hearing Scheduling Activity ---- 12/16/2024 : Grant County Probation;Jamie L. Moore;Bruce Neil Elliott;Stacy Lynn Kelley | |
| 12/17/2024 | **Motion to Withdraw Appearance Filed** | |
| | Motion to Withdraw Appearance | |
| | Filed By: | McMullen, Ryan Tyrone |
| | File Stamp: | 12/16/2024 |
| 12/18/2024 | **Automated ENotice Issued to Parties** | |
| | Motion to Withdraw Appearance Filed ---- 12/17/2024 : Grant County Probation;Jamie L. Moore;Bruce Neil Elliott;Stacy Lynn Kelley | |
| 12/23/2024 | **Order Granting Motion to Withdraw Appearance** | |
| | Order Signed: | 12/17/2024 |
| 12/24/2024 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion to Withdraw Appearance ---- 12/23/2024 : Grant County Probation;Jamie L. Moore;Bruce Neil Elliott | |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### McMullen, Ryan Tyrone

Defendant

**Balance Due** (as of 01/22/2025)

164.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 169.00 | 0.00 | 5.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 05/04/2009 | Transaction Assessment | 169.00 |
| 08/12/2009 | Counter Payment | (5.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.